PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

RAYNETTE M. LOGAN
Assistant United States Attorney
Arizona State Bar No. 016695
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Raynette.Logan@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Nina Maria Harrison,<br><br>Defendant. | No. CR-21-00186-PHX-SMB(MHB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153 and 1111<br>(CIR-First Degree Murder)<br>Count 1<br><br>18 U.S.C. §§ 1153 and 113(a)(6)<br>(CIR-Assault Resulting in Serious Bodily Injury)<br>Count 2<br><br>18 U.S.C. §§ 1153 and 2111<br>(CIR-Robbery)<br>Count 3 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about February 22, 2020, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, NINA MARIA HARRISON, an Indian, did with premeditation and malice aforethought, unlawfully kill C.E.K.

In violation of Title 18, United States Code, Sections 1153 and 1111.

### COUNT 2

On or about February 22, 2020, in the District of Arizona, within the confines of the

*REDACTED FOR PUBLIC DISCLOSURE*

Gila River Indian Community, Indian Country, NINA MARIA HARRISON, an Indian, did intentionally, knowingly and recklessly assault C.E.K., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

## COUNT 3

On or about February 22, 2020, in the District of Arizona, NINA MARIA HARRISON did by force, violence, and intimidation take or attempt to take from the person and presence of C.E.K., a thing of value, to wit: a wallet and phone.

In violation of Title 18, United States Code, Sections 1153 and 2111.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: March 23, 2021

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

/s/

RAYNETTE M. LOGAN
Assistant U.S. Attorney